UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV CARPENCO,<br><br>Defendant. | Case No. 2:15-mj-00182-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STANISLAV CARPENCO ,

Case No. 2:15-mj-00182-CKD from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $  50,000, cosigned by father.

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

**X**   (Other): Pretrial services conditions, and third-party custody of father.

Issued at Sacramento, California on September 14, 2015 at  2:55 pm

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney