MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Stanislov Carpenco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STANISLOV CARPENCO,<br><br>  Defendant. | Case No.: 2:15 CR 197 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Ben Galloway, attorney for Marina Dushenko, and Michael Chastaine, attorney for Stanislov Carpenco, that the status conference date of Thursday, December 17, 2015 should be continued until Thursday, January 28, 2016.  The continuance is necessary in that the Government is still releasing discovery and the defense needs additional time to review the discovery and go over it with their respective clients.

IT IS STIPULATED that the period of time from the December 17, 2015 up to and including January 28, 2016 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need

1

for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: December 10, 2015        By:    /s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Stanislov Carpenco


Dated: December 10, 2015        By:    /s/ Ben Galloway
                                       BEN GALLOWAY
                                       Attorney for Marina Dushenko

Dated: December  10, 20145              BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Paul Hemesath
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney

## ORDER

Good cause appearing, in that it is the stipulation of the parties, it is hereby ordered that the status conference scheduled for Thursday, December 17, 2015 at 9:00 a.m. is continued to Thursday, January 28, 2016 at 9:00 a.m. and the period from December 17, 2015 to January 28, 2016 is excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.  Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT