```
MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Stanislov Carpenco
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STANISLOV CARPENCO,<br><br>    Defendant. | Case No.: 2:15 CR 197 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Ben Galloway, attorney for Marina Dushenko, and Michael Chastaine, attorney for Stanislov Carpenco, that the status conference date of Friday, February 2, 2018 should be continued until Friday, June 15, 2018. The continuance is necessary in that the defense needs additional time to review the discovery, complete investigation and go over it with their respective clients. Further, the Government is reviewing additional information and all parties are involved in settlement negotiations.

IT IS STIPULATED that the period of time from the February 2, 2018 up to and including June 15, 2018 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local

1

Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: January 31, 2018				By: ____/s/ Michael Chastaine
							MICHAEL CHASTAINE
							Attorney for Stanislov Carpenco


Dated: January 31, 2018				By: ____/s/ Ben Galloway
							BEN GALLOWAY
							Attorney for Marina Dushenko



Dated: January 31, 2018				McGREGOR SCOTT
							United States Attorney

							By: /s/ Paul Hemesath___
							PAUL HEMESATH
							Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, Feburary 2, 2018 at 9:00 a.m. be continued to Friday, June 15, 2018 at 9:00 a.m. and that the period from Feburary 2, 2018 to June 15, 2018is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: January 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge