MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Stanislov Carpenco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 197 MCE |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO TERMINATE PRE-TRIAL SUPERVISION |
| v. | |
| STANISLOV CARPENCO, | Hon. Edmund f. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Paul Hemesath, Assistant United States, attorney for Plaintiff, and Michael Chastaine, attorney for Stanislov Carpenco, that Mr. Carpenco's pre-trial supervision should be terminated and that he should remain out of custody on the presently set $50,000 unsecured appearance bond. (Doc. Nos. 14 and 21.) As a condition of his pretrial release, Mr. Carpenco shall comply with all federal, state and local laws.

Pretrial Services indicates that Mr. Carpenco has done extremely well on supervision including continuing his education and doing an internship. Mr. Carpenco earned four (4) associates degrees while on supervision and has been accepted in to several top universities. Based on the foregoing, the parties stipulate that Mr. Carpenco's

pre-trial supervision should be terminated, he be ordered released on the presently set $50,000 unsecured appearance bond, and that special condition number seven of his conditions of pre-trial release regarding his passport (Doc. 21) should remain in effect.

The Chastaine Law Office

Dated: June 7, 2018 　　　　　　　　　　　*/s/ Michael Chastaine*
　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　Attorney for Stanislov Carpenco

Dated: June 7, 2018 　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Paul Hemesath*
　　　　　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the Parities' stipulation, that Stanislov Carpenco's pre-trial supervision be terminated, he ~~be ordered~~ remain released on the presently set $50,000 unsecured appearance bond, and that special condition number seven of his conditions of pre-trial release, concerning his passport, shall remain in effect. As a condition of his pretrial release, Mr. Carpenco shall comply with all federal, state, and local laws.

Dated: June 8, 2018

　　　　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge